THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM BELL, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued March 6, 1922; decided March 21, 1922.)

APPEAL from a judgment of the Queens County Court, rendered July 5, 1921, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Joshua R. Bennett* for appellant.

*Dana Wallace, District Attorney (Joseph Lonardo* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J., and HOGAN, J.